## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Latroy McBride,

        Plaintiff,                        Civil No. 08-6130 (RHK/JJG)

vs.                                  **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

Warden Dwight Fondren,

        Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 25, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge